UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LIDIA ERAZO,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-3936-VMC |

## J U D G M E N T

Defendant having presented plaintiff with an offer of judgment to allow judgment to be taken against them, in which the plaintiff has accepted in accordance with Rule 68 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff Lidia Erazo, against the defendant American Airlines, Inc., for the sum of $15,000.

Dated at Atlanta, Georgia, this 6th day of October, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ D. Brye
         , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 6, 2023
Kevin P. Weimer
Clerk of Court

By:   s/ D. Brye
         Deputy Clerk